IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-CR-30177-MJR |
| | ) |
| QAIS HUSSEIN, | ) |
| MAJDI ODEH, | ) |
| ELSAYED HASSAN, and | ) |
| HOSSAM AHMED, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

REAGAN, Chief Judge:

The Court finds good cause to grant attorney Justin Kuehn's motion to withdraw as counsel of record for Defendant Hussein (Doc. 58), but before terminating Mr. Kuehn's representation, the Court will allow Defendant to retain new counsel herein. Accordingly, the Court **GRANTS in part** and **RESERVES RULING in part** on Doc. 58, **DIRECTS** Defendant Hussein **– on or before February 6, 2015 –** to retain new counsel and have that attorney formally enter his appearance herein. As soon as new counsel enters on behalf of Defendant Hussein, the Court will allow attorney Kuehn to withdraw (and will immediately show his withdrawal on the docket sheet in cm/ecf). If circumstances have significantly changed such that Hussein lacks funds to retain counsel, Mr. Kuehn shall assist Hussein in filing a CJA 23 Financial Affidavit, and the Court (if appropriate) will appoint counsel for Hussein.

This status of this four-Defendant case (originally assigned to Judge Rosenstengel and later reassigned to the undersigned) is as follows. The deadline for filing motions to suppress or dismiss has expired. The Court extended that deadline to December 15, 2014 with the express admonition that no further extensions would be granted (*see* Doc. 50). The case is set for **jury trial on March 9, 2014** and **final pretrial conference on March 4, 2015.** There is a February 11, 2015 deadline for all counsel to submit their proposed jury instructions. Given the fact that Defendant Hussein has until February 6, 2015 to retain new counsel and have that counsel enter an appearance herein (and assuming the 3/9/15 trial is not continued[1]), the Court **EXTENDS** the deadline for **submitting proposed jury instructions to <u>12:00 noon on February 23, 2015</u>**. Detailed instructions for preparation and submission of jury instructions (in paper format, to the law clerk assigned to the case) can be found on the undersigned Judge's web page (under Case Management Procedures – Criminal Cases), part of the District Court's website at www.ilsd.uscourts.gov. Questions can be directed to law clerk Sheila Hunsicker at 618-482-9229.

IT IS SO ORDERED.

DATED January 7, 2015.

                                                s/ Michael J. Reagan
                                                Michael J. Reagan
                                                Chief United States District Judge

---

[1] If trial is continued, the deadline for submitting proposed jury instructions also will be continued.